PASQUALE J. CONSALVO, Appellant, *v.* CHARLES J. GROSSO et al., Individually and as Copartners Doing Business under the Name of IMPERIAL ELEVATOR COMPANY, Respondents, et al., Defendants. CHARLES J. GROSSO et al., Individually and as Copartners Doing Business under the Name of IMPERIAL ELEVATOR COMPANY, Third-Party Plaintiffs, *v.* BLITMAN CONSTRUCTION CORP.,

Third-Party Defendant.—

Concur — McGivern, J. P., Markewich, McNally and Macken, JJ.